UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUNDS and THE HIGHWAY, ROAD AND STREET CONSTRUCTION LABORERS LOCAL UNION 1010,<br><br>Plaintiffs<br><br>— against —<br><br>TRIPLE H CONCRETE CORP.,<br><br>Defendant. | 15-CV-6687 (ARR)<br><br>Opinion and Order<br><br>Not for electronic or print publication |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated February 16, 2018, from the Honorable Vera M. Scanlon, United States Magistrate Judge. Objections were due by March 5, 2018, but no objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, I grant the plaintiffs' motion for a default judgment, and award them damages in the amount of $25,814.27. I also award them $3.76 in prejudgment interest and $3.76 in liquidated damages for every day from and including October 25, 2016, until judgment is entered.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:        March 6, 2018
              Brooklyn, New York